**Fill in this information to identify the case:**

Debtor _____ Armstead Risk Management, Inc. _____

United States Bankruptcy Court for the: _Eastern District_ _____ District of _New York_
(State)

Case number _19-41489_ _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Armstead Risk Management, Inc. | Case number (if known) | 19-41489 |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.__**  Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor ___Armstead Risk Management, Inc._____    Case number (*if known*) ___19-41489_____
　　　　　Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

**3.2** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

**3.3** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

**3.4** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

**3.5** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

**3.6** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

| Debtor | Armstead Risk Management, Inc. | Case number *(if known)* | 19-41489 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___   Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___   Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$_____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___   Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$_____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___   Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$_____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___   Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$_____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | Armstead Risk Management, Inc. | Case number _(if known)_ 19-41489 |
|---|---|---|
| | Name | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  Armstead Risk Management, Inc.
        _____
        Name

Case number (if known) 19-41489
        _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

___ ___ ___ ___

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

___ ___ ___ ___

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

___ ___ ___ ___

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

___ ___ ___ ___

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

___ ___ ___ ___

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

___ ___ ___ ___

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

___ ___ ___ ___

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

___ ___ ___ ___

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

___ ___ ___ ___

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

___ ___ ___ ___

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

___ ___ ___ ___

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

___ ___ ___ ___

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

4.__
_____
_____
_____

Line _____
❏ Not listed. Explain _____
_____

Debtor _____    Case number *(if known)*_____
            Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 0.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |