**Fill in this information to identify the case:**

Debtor name __Armstead Risk Management, Inc.__

United States Bankruptcy Court for the: __Eastern District__   District of __New York__
(State)

Case number (If known): __19-41489__

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors   12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Malik Armstead | 2 Hassake Road — Street<br>Old Greenwich   CT   06870 — City / State / ZIP Code | | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____    Case number (*if known*)_____
　　　　　Name

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | _____ Street <br> _____ <br> City　　State　　ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | _____ Street <br> _____ <br> City　　State　　ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | _____ Street <br> _____ <br> City　　State　　ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | _____ Street <br> _____ <br> City　　State　　ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | _____ Street <br> _____ <br> City　　State　　ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | _____ Street <br> _____ <br> City　　State　　ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | _____ Street <br> _____ <br> City　　State　　ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | _____ Street <br> _____ <br> City　　State　　ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |