**Fill in this information to identify the case:**

Debtor name: Armstead Risk Management, Inc.

United States Bankruptcy Court for the: Eastern District    District of: New York (State)

Case number (If known): 19-41489    Chapter: 11

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Residential Contract 459 Myrtle Ave, Apt.2 | Karen Tomczak and Anna Anderson |
| | State the term remaining | 1 years lease at $2700 per month | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Residential Contract 459 Myrtle Ave, Apt.3 | Yuwei Peng and Xia Jiang |
| | State the term remaining | 1 years lease at $2800 per month | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Residential Contract 461 Myrtle Ave, Apt.2 | Type text here |
| | State the term remaining | Vacant | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Residential Contract 461 Myrtle Ave, Apt.3 | John Walter, Alex Elguera, Corey Arena, Keaton Cook |
| | State the term remaining | 1 years lease at $3082 per month | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____    Case number (*if known*)_____
       Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | page ___ of ___ |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.__  
   **State what the contract or lease is for and the nature of the debtor's interest**  
   **State the term remaining**  
   **List the contract number of any government contract**

(repeated 7 times)

Official Form 206G     **Schedule G: Executory Contracts and Unexpired Leases**     page ___ of ___