# United States Bankruptcy Court
## Eastern District of New York

In re  **ARMSTEAD RISK MANAGEMENT, INC**        Case No. _____
                                                Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Malik Armstead** | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 10th, 2019**              Signature   **/s/ Malik Armstead**
                                                                           Malik Armstead

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Fill in this information to identify the case:

Debtor name: **ARMSTEAD RISK MANAGEMENT, INC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): 19-41489

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 10, 2019**        X /s/ Malik Armstead
                                     Signature of individual signing on behalf of debtor

                                     **Malik Armstead**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of New York

In re  **Armstead Risk Management, Inc** _____  Case No. __19-41489__
                                 Debtor(s)               Chapter  __11__

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **May 10th, 2019** _____       /s/ Malik Armstead _____
                                        **Malik Armstead/President**
                                        Signer/Title

Date:  **May 10th, 2019** _____       /s/ Courtney Davy _____
                                        Signature of Attorney
                                        **Courtney K. Davy**
                                        **Law Office of Courtney Davy**
                                        **305 Broadway**
                                        **14th Floor**
                                        **New York, NY 10007**
                                        **516-850-1800 Fax: n/a**

City of New York
Environmental Control
100 Church Street
New York, NY 10007

461 Myrtle Avenue Funding,
LLC
15 West 26th Street,
Suite 901
New York, NY 10010

NYC Department of Finance
345 Adams Street, 3rd FL
Attn: Legal Affairs Divis
Brooklyn, NY 11201-3719

NYC Department of Finance
Office of Legal Affairs
345 Adams Street, 3rd Flo
Brooklyn, NY 11201

NYS Dept. Of Taxation & F
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campu
Albany, NY 12227

NYS Dept. of Taxation & F
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205

Schiller, Knapp,
Lefkowitz & Hertzel, LLP
175 Mile Crossing Blvd
Rochester, NY 14624

# United States Bankruptcy Court
## Eastern District of New York

In re  **Armstead Risk Management, Inc.**                                   Case No.  __19-41489__
                                         Debtor(s)                          Chapter   __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Armstead Risk Management, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 10th, 2019                          /s/ Courtney Davy
Date                                    **Courtney DAvy**
                                        Signature of Attorney or Litigant Counsel
                                        for **Armstead Risk Management, Inc.** Law
                                        **Office of Courtney Davy**
                                        **305 Broadway**
                                        **14th Floor**
                                        **New York, NY 10007**
                                        **516-850-1800 Fax:n/a**
                                        **courtneydavy.esq@gmail.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Armstead Risk Management, Inc.          **CASE NO.:** 19-41489

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: **510329/2017**    JUDGE: **Mark I. Partnow**    DISTRICT/DIVISION: **Kings County Supreme Court**

DEBTOR NAME: Armstead Risk Management, Inc.

CASE STILL PENDING (Y/N):   **Y**         *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE:  **Stayed**_____
                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: **Underlying foreclosure action**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____         *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____         *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): **Y**

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Courtney Davy**
**Courtney Davy**
Signature of Debtor's Attorney
**Law Office of Courtney Davy**
**305 Broadway, 14th Floor**
**New York, NY 10007**
**516-850-1800 Fax:n/a**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.